01
02
03
04
05

06                UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
07                         AT SEATTLE

08  MICHAEL A. BURNHART,           )   CASE NO. C06-0870-JLR-MAT
                                   )
09         Plaintiff,              )
                                   )
10         v.                      )   ORDER STRIKING PLAINTIFF'S
                                   )   MOTIONS FOR DISCOVERY
11  REED HOLTGEERTS, et al.,       )
                                   )
12         Defendants.             )
    _____ )
13

14     This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff has submitted to the

15 Court three motions for discovery. (Dkt. 12) Each of these motions contains a request by plaintiff

16 that defendants produce specified records pursuant to Rules 26 and 34 of the Federal Rules of

17 Civil Procedure. Plaintiff's motions are improper. The Court does not act as a conduit for

18 discovery requests. If plaintiff wishes to obtain documents relevant to this action from defendants,

19 he must do so by directing appropriate requests to defendants. Discovery motions are appropriate

20 only if discovery disputes arise, and then only after the parties have fully complied with the

21 provisions of Local Rule CR 37.

22     Based upon the foregoing, this Court does hereby ORDER as follows:

01     (1)    Plaintiff's discovery motions (Dkt. No. 12) are STRICKEN.

02     (2)    The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and

03 to the Honorable James L. Robart.

04     DATED this 25th day of October, 2006.

                                                                    /s/ Mary Alice Theiler

                                                                    Mary Alice Theiler
                                                                    United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
MOTIONS FOR DISCOVERY
PAGE -2