01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08   MICHAEL A. BURNHART,              )   CASE NO. C06-0870-JLR-MAT
                                       )
09          Plaintiff,                 )
                                       )
10          v.                         )   ORDER TO SHOW CAUSE WHY
                                       )   SUMMARY JUDGMENT SHOULD
11   SUE BELT, et al.,                 )   NOT BE GRANTED
                                       )
12          Defendants.                )
     _____ )
13

14         The Court, having considered the § 1983 complaint and the files and records herein, does

15   hereby find and ORDER:

16         (1)    On February 8, 2007, defendants filed a motion for summary judgment which was

17   noted on the Court's calendar for consideration on March 2, 2007.  Plaintiff has not responded

18   to that motion.

19         (2)    Plaintiff shall show cause within *thirty (30) days* explaining why defendants'

20   motion for summary judgment should not be granted and why this action should not be

21   DISMISSED, with prejudice, pursuant to Federal Rule of Civil Procedure 56 and Local Rule CR

22   7(b)(2).

ORDER TO SHOW CAUSE WHY SUMMARY
JUDGMENT SHOULD NOT BE GRANTED
PAGE -1

01       Plaintiff is advised, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), and

02  Federal Rule of Civil Procedure 56, that he has a right to file counter-affidavits or other responsive

03  evidentiary materials in opposition to defendants' motion for summary judgment and that his

04  failure to file such materials may result in the entry of summary judgment against him.  If the

05  motion for summary judgment is granted, plaintiff is advised that his case will be over.  Thus, if

06  plaintiff fails to file opposing counter-affidavits or other evidence, defendants' evidence might be

07  taken as truth, and final judgment may be entered against plaintiff **without a trial**.

08       (3)     Defendants' motion for summary judgment (Dkt. No. 31) is RE-NOTED on the

09  Court's calendar for consideration on ***April 20, 2007***.

10       (4)     The Joint Pretrial Statement filing deadline, which was established in this Court's

11  October 24, 2006, Order re: Pretrial Preparations, is hereby STRICKEN.  That deadline will be

12  re-set, if necessary, once defendants' summary judgment motion has been ruled on.

13       (5)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

14  defendants, and to the Honorable James L. Robart.

15       DATED this 16th day of March, 2007.

16

        Mary Alice Theiler
17        United States Magistrate Judge

18

19

20

21

22

ORDER TO SHOW CAUSE WHY SUMMARY
JUDGMENT SHOULD NOT BE GRANTED
PAGE -2