___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JUN 2 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

06-CV-00870-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A. BURNHART,

    Plaintiff,

v.

VICKI SHUMAKER, et al.,

    Defendants.

CASE NO. C06-0870-JLR

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended civil rights complaint, defendants' motion for summary judgment, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion for summary judgment (Dkt. No. 31) is GRANTED.

(3)    Plaintiff's amended complaint, and this action, are DISMISSED with prejudice.

(4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 25th day of _____June_____, 2007.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -1